IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN A. PRINCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 24-370-MU |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** and **ORDERED** this the **21st** day of **November, 2025**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**